Reginald J. Roscoe
Plymouth County Correctional
Facility
26 Long Pond Road
Plymouth, MA 02360

Mr. Matthew Paine
Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Mr. Paine

I would like to know did you receive my motion to Dismiss Appointed Attorney and to Appoint New Attorney dated 3/31/14 I would like to know what's going on with the motion, All I can say is I don't want Attorney Stanley W. Norkunas I don't "Trust him at all."

Date: 4/7/14

Respectfully Submitted

Reginald J Roscoe
Pro Se
26 Long Pond Road
Plymouth, MA 02360