1:13-cr-10307-WGY  Reginald J. Boscoe
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Mr. Matthew Paine
Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE
2014 MAY -9 P 3:04
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Sir,
On March 31, 2014 I sent a motion to Dismiss Appointed Attorney and to Appoint New Attorney and I look at my Docket Sheet and I see Attorney Stanley W. Norkunas was moot on March 12, 2014 ok I don't know what that means but I would like to. Ok the Motion to Appoint Counsel was (Entered: April 3, 2014. Now on April 8, 2014 I receive a Motion to Withdraw as Counsel from Attorney Stanley W. Norkunas as well the Courts, What I want to know is What's going on with my case, I know this I have a Final Pretrial Conference set for 7/23/2014 and a Jury Trial set for 9/8/2014. So can you Please tell me What's going on with a Attorney and my case Please

Respectfully Submitted
Reginald J. Boscoe 91870
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

May 6, 2014