UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>REGINALD ROSCOE, ET AL. ) | Crim. No. 13 CR 10307 |

MOTION TO WITHDRAW AS COUNSEL

Counsel hereby moves to be permitted to withdraw as counsel in this case due to irreconcilable differences with the client. Given the status of the relationship, counsel cannot effectively discuss plea options or prepare for a trial with the client. The interests of justice therefore dictate that counsel be permitted to withdraw and new counsel be appointed. Counsel was appointed in the case on May 9, 2014, after predecessor counsel was permitted to withdraw. As Rule 16 discovery is complete and the trial is not scheduled to commence until January 12, 2015, a change of counsel should not cause undue delay in the proceedings.

Defendant Roscoe is aware of this Motion and has requested that this Motion be filed.

Respectfully submitted,
REGINALD ROSCOE,
By his attorney,

/s/Tracy A. Miner
Tracy A. Miner, BBO No. 14737
Demeo LLP
200 State Street
Boston, MA 02109
(617) 263-2600

Dated: September 18, 2014

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the government on September 18, 2014.

/s/ Tracy A. Miner

Tracy A. Miner