United States District Court For
The District of Massachusetts

United States,          Docket No. 13CR10307WGY
        VS
Reginald Roscoe
            Defendant

I will be filing a Law Suit Against
Mr. Robert Michael Griffin for inefective
Counsel, I am writting to the Attorney And
my mail is sent back to me I am calling
the Attorney and this man will not take
my calls. The Attorney is no longer at
2 Atlantic Ave 4th floor Boston, MA 02011.
Inefective for one the Attorney Relocate
without Telling me for two Not answering
the Phone at all when I call. So Please Tell
me how can this Attorney be a good
Counsel for the Defendant.

                    Dated July 8, 2015
                    Respectfully Submitted
                    Reginald  Roscoe
                    Reginald    Roscoe Pro-Se
            Plymouth County Correctional Facility
                26 Long Pond Road
            Plymouth, Mass 02360

## Certificate of Services

I Reginald Boscoe have served the U.S.
Attorney General with a copy of this
Motion for A Court Order on This
Day Wednesday the 8 of July 2015